## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

St. Mary's Knanaya Church, Inc., :
Reverend Father Chacko Punnoose, :
Reji Philip, Jake Puthiamadathil, :
Kuriakose M. Abraham, Renny :
Eranackal, Tony Alummootil, and :
Cherian Mathew :
  :
          v. : No. 1782 C.D. 2016
  :
Father E.M. Unnikunju Abraham, :
Joby Joseph, Stephen Mathew, John :
Mathew, Thampi Pothen, Kutty :
Kurien, Kenny Pothen, Tobin :
Thomas, Abraham Cherian, and :
North American Knanaya Diocese, :
Inc., :
          Appellants :

## **O R D E R**

NOW, January 11, 2018, having considered appellants' application for reargument and appellees' answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge